THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jaymes Michael
 Wood, Appellant.
 
 
 

Appeal from Richland County 
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2012-UP-129    
 Heard February 14, 2012  Filed February
29, 2012

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William Blitch, all of Columbia; and
 Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: In
 this criminal action, Jaymes Michael Wood contends the plea judge erred in not
 recusing himself from the case when Wood was pleading guilty to criminal sexual
 conduct (CSC) with a minor, and the plea judge stated prior to sentencing that
 his own daughter had been assaulted when she was eight years old.  We affirm pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:
As to whether the plea judge
 erred in not recusing himself from Wood's plea, we find Wood did not properly
 preserve this issue.  See Wilder Corp. v. Wilke, 330 S.C. 71, 76,
 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be
 raised for the first time on appeal, but must have been raised to and ruled
 upon by the trial judge to be preserved for appellate review."); Parker
 v. Shecut, 340 S.C. 460, 496-97, 531 S.E.2d 546, 566 (Ct. App. 2000) (holding
 a party that fails to move for recusal does not preserve the issue for
 appellate review), rev'd on other grounds, 349 S.C. 226, 562 S.E.2d 620
 (2002); Dixon v. Dixon, 362 S.C. 388, 399, 608 S.E.2d 849, 854 (2005)
 (holding that an issue first raised in a post-trial motion is not preserved for
 appellate review).  
AFFIRMED.
WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.